UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WYNDHAM HOTEL GROUP
INTERNATIONAL, INC.,

                          Plaintiff,                    15-CV-7996 (JPO)

          -v-                                           ORDER

SILVER ENTERTAINMENT LLC, et al.,
                          Defendants.

J. PAUL OETKEN, District Judge:

On June 21, 2018, the Court entered an order of default judgment as against Defendants

Silver Entertainment LLC and Veneto Hotel & Casino, S.A., on both Plaintiff's claims and

Defendants' counterclaims.[1]  (Dkt. No. 151.)  The Court directed Plaintiff to file a written

submission documenting its claimed damages within three weeks of the date of that Order, and

Defendants were permitted to file a responsive submission within three weeks of Plaintiff's

damages submission.  On July 11, 2018, Plaintiff filed a Motion for Default Judgment with a

supporting Memorandum and Declaration documenting its damages and requesting attorneys'

fees and costs.  (Dkt. Nos. 152–154.)  Defendants have not filed a response within the allotted

time.

Having reviewed Plaintiff's submission, the Court concludes that the damages and

attorneys' fees and costs requested by Plaintiff are warranted by the pertinent agreements.

Accordingly, Plaintiff Wyndham Hotel Group International, Inc. is entitled to judgment

against Defendant Veneto Hotel & Casino for the outstanding principal under the Development

Advance Note in the amount of $255,000.00.  In addition, Plaintiff is entitled to contractual

---

[1]     The case remains stayed as to Defendant Allen Silverman.  (*See* Dkt. No. 84.)

interest on this amount at the rate of 18% per annum for a period of 1,090 days (August 12, 2015 to August 6, 2018), which comes to $137,067.50.

Plaintiff is entitled to judgment against Defendants Silver Entertainment and Veneto Hotel & Casino for outstanding recurring fees in the amount of $549,653.69.  In addition, Plaintiff is entitled to contractual interest on this amount at the rate of 18% per annum for a period of 1,104 days (July 28, 2015 to August 6, 2018), which comes to $299,250.24.

Plaintiff is entitled to judgment against Defendants Silver Entertainment and Veneto Hotel & Casino for liquidated damages in the amount of $311,135.52.  Plaintiff is also entitled to interest on this amount for a period of 1,104 days (July 28, 2015 to August 6, 2018).  The Court concludes that the appropriate interest rate to be applied here is the statutory interest rate of 9% per annum.  (*See* N.Y.C.P.L.R. §§ 5001, 5004.)  Despite Plaintiff's assertion that the interest on liquidated damages accrues at the rate of 18% per annum under the Franchise Agreement (Dkt. No. 153 at 3), the Court reads the contract to apply that 18% interest rate only to payments due under Section 3 of the Franchise Agreement, such as the recurring fees.  (Dkt. No. 110, Ex. 7 § 3.)  That rate does not extend to liquidated damages occasioned by premature termination of the Franchise Agreement under Section 18(E).  (*Id.* § 18(E).)  Applying the 9% statutory interest rate over a period of 1,104 days, Plaintiff is entitled to $84,698.88 in interest on the liquidated damages.

Plaintiff is also entitled to attorneys' fees and costs against Defendants Silver Entertainment LLC and Veneto Hotel & Casino under the terms of the Franchise Agreement. (Ex. 7 § 18(F).)  The Court accepts the representations of Plaintiff's counsel regarding fees and costs incurred in connection with this matter, and orders attorneys' fees and costs in the amount of $868,789.58.

The Clerk of Court is directed to enter judgment for Plaintiff Wyndham Hotel Group International, Inc. against Defendant Veneto Hotel & Casino in the amount of $255,000.00 in outstanding principal on the Note, plus $137,067.50 in interest, for a total of $392,067.50.  The Clerk is directed to enter judgment for Plaintiff against Defendants Silver Entertainment and Veneto Hotel & Casino, as jointly and severally liable, in the amounts of (1) $549,653.69 in recurring fees, plus $299,250.24 in interest; (2) $311,135.52 in liquidated damages, plus $84,698.88 in interest; and (3) $868,789.58 in fees and costs, for a total of $2,113,527.91.

SO ORDERED.

Dated:  August 6, 2018
        New York, New York

_____
J. PAUL OETKEN
United States District Judge

3