**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WYNDHAM HOTEL GROUP
INTERNATIONAL, INC.,
                     Plaintiff,

    -v-

SILVER ENTERTAINMENT LLC, et al.,
                    Defendants.
-----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8\10\18

15 **CIVIL** 7996 (JPO)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2018, judgment is entered for Plaintiff Wyndham Hotel Group International, Inc. and against Defendant Veneto Hotel & Casino in the amount of $255,000.00 in outstanding principal on the Note, plus $137,067.50 in interest, for a total of $392,067.50. Judgment is entered for Plaintiff and against Defendants Silver Entertainment and Veneto Hotel & Casino, as jointly and severally liable, in the amounts of (1) $549,653.69 in recurring fees, plus $299,250.24 in interest; (2) $311,135.52 in liquidated damages, plus $84,698.88 in interest; and (3) $868,789.58 in fees and costs, for a total of $2,113,527.91.

**Dated:**  New York, New York
         August 10, 2018

**RUBY J. KRAJICK**

               **Clerk of Court**

**BY:**          *Kmango*

               **Deputy Clerk**