**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

WYNDHAM HOTEL GROUP
INTERNATIONAL, INC.,

                       Plaintiff,

    -against-                                              15 **CIVIL** 7996 (JPO)

                                                             **JUDGMENT**

SILVER ENTERTAINMENT LLC and
ALLEN SILVERMAN,

                       Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 1, 2022, Wyndham's motion for summary judgment is GRANTED. Judgment is entered in favor of Wyndham against Allen Silverman in the amount of $255,000 plus 18% interest per annum from August 12, 2015 to the date of the order, February 1, 2022, in the amount of $297,406.85; accordingly, the case is closed.

**Dated:**  New York, New York

        February 2, 2022

                                                             **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                    **BY:**

                                                                **Deputy Clerk**